M. M. Denson *v.* H. T. Stewart et al.

Where an agent, authorized to sell a thing for a particular price, sells it at a higher price, the surplus will belong to the principal, and the agent is entitled only to his stipulated commission.

A party plaintiff is entitled to an injunction to restrain a third person who is in possession of a sum of money in controversy, from paying it over to the defendant, where the plaintiff is in danger of losing it, owing to the claim of defendant and his insolvency.

APPEAL from the District Court of the Parish of Caddo, *Creswell*, J.

A. B. Levisee, for plaintiff and appellant.   Geo. Williamson and L. M. Nutt, for defendants.

LAND, J.   The defendant sold, for the plaintiff, a slave for the price of thirteen hundred dollars, but has refused to account and to pay to the plaintiff more than eight hundred and eighty dollars of the price, on the ground that, as he was authorized to sell the slave for $900, he is entitled to retain the balance of the price over and above *that sum*, in addition to his commissions for effecting the sale.

This suit is brought to recover the sum of $420, the balance of the price, and to restrain *John Walters*, in whose hands that balance is alleged to be, from paying it over to *Stewart*, who claims it as his own money.

The right of the plaintiff to recover the whole price for which the defendant sold his slave, less commissions for selling, is too clear to admit of any doubt or argument.

The specification of the price at $900 in the mandate to *Stewart* to sell the slave, was the *minimum* price for which he was authorized to sell, and did not entitle *Stewart* to retain or claim the balance of the price demanded in this suit, in addition to his stipulated commission of $50 for selling the slave.

There is nothing in the settlement which took place between the plaintiff and *Stewart*, at the time the $880 were paid over, to extinguish the plaintiff's right to recover the balance of the price.

The plaintiff was in danger of losing, during the pendency of this suit, the balance of the price in the hands of *John Walters*, on account of *the claim* of *Stewart* and of *his insolvency*.   The injunction was, therefore, properly granted. C. P. 303.

The plaintiff has failed to make out his case against *A. G. Hitchcock*, who was made a party defendant with *Stewart*.

It is, therefore, ordered, adjudged and decreed, that the judgment of the lower court be reversed; and it is now ordered, adjudged and decreed, that the plaintiff recover of the defendant, *H. T. Stewart*, the sum of $420, less the sum of $50 commissions for selling the slave, with costs in both courts; and it is further ordered and decreed, that the plaintiff's right to the balance of the price of the slave in the hands of *John Walters*, be recognized and enforced, and that the injunction issued in this case be perpetuated; and it is further decreed, that this suit, as to *A. G. Hitchcock*, be dismissed, at plaintiff's costs.